# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: BBRAFMAN@BRAFLAW.COM

BENJAMIN BRAFMAN

ANDREA ZELLAN
KAREN A. NEWIRTH
OSNAT LUPESKO-PERSKY

MARK M. BAKER
OF COUNSEL

MARC AGNIFILO
OF COUNSEL
ADMITTED IN N.Y. AND N.J.

January 4, 2011

**Via ECF and First Class Mail**
Hon. Dora L. Irizarry
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re: **USA v. Steven Moskowitz, et al.**
10-cr-600 (DLI)

Dear Judge Irizarry:

   This firm represents Mr. Moskowitz in the referenced matter. I write today to request a temporary modification of his bail conditions so as to enable him to travel with his family to Florida at the end of January.

   Specifically, it is respectfully requested that Defendant be allowed to travel with his family to Fort Lauderdale, Florida on January 20, 2011, with a return to this jurisdiction on or about January 30th. In addition to visiting with his wife's relatives, Defendant has planned a full six day schedule of surveying food stores in certain Southern Florida areas in furtherance of a business venture in which he is becoming engaged.

   I have communicated about this application with Assistant United States Attorney William Schaeffer and United States Pre-trial Services Officer Jeannine Quijije, and they have each authorized me to indicate their consent.

Respectfully submitted,
Brafman & Associates, P.C.

By: MARK M. BAKER
MB-5365

cc: AUSA William Schaeffer
USPSO Jeannine Quijije