

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

RB:NR
F.#2010R00609

*271 Cadman Plaza East*

*Brooklyn, New York  11201*

November 4, 2011

BY HAND DELIVERY and ECF

The Honorable Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:   United States v. Michael Metter, et al.,
            Docket Number 10-CR-600 (DLI)

Dear Judge Irizarry:

      At the status conference in the above-referenced case, held on October 24, 2011, Your Honor directed the government to make any additional submissions to the Court by November 7, 2011, with the defendants to make any response by December 5, 2011.

      The government respectfully requests an extension of time of one week, until November 14, 2011, to file its submission with the Court.  The government has consulted with counsel to both Mr. Metter and Mr. Tepfer, and they have no objection to the government's request.

      Both Ms. Fritz, on behalf of Mr. Metter, and Mr. Moskowitz, on behalf of Mr. Tepfer, have indicated that, should the Court grant the government's request, they would like an additional week to file their response, but that their consent to

2

the government's request is not conditioned upon the Court adjourning their current response date of December 5, 2011.

                                    Respectfully submitted,

                                    LORETTA E. LYNCH
                                  United States Attorney

                     By:      /s/
                                  Nathan Reilly
                                  Assistant U.S. Attorney
                                  (718) 254-6196

cc:  Maranda Fritz, Esq. (via e-mail)
     Avraham Moskowitz, Esq. (via e-mail)
     Clerk of the Court (DLI) (via ECF)