**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 15 2020 ★

BROOKLYN OFFICE

September 9, 2020

The Honorable Dora L. Irizarry
The United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Brian Bradley
21625 E Deep Creek Rd
Walnut, CA 91789

Dear Judge Irizarry,

It's been almost 1 year since I last communicated with you. Since that time I have received nothing in restitution. The first and only time I received restitution was from the check dated June 8, 2018 and the amount was for $117.75. That's over 2 years ago that I have received a restitution check. Since that time I have worked in 5 different warehouses. I don't like working as hard as I do and this restitution is being taken as a joke. When I spoke with Aaron Beam at a Beta Gamma Sigma speaker meeting in Long Beach years ago he told me that the government took his $5,000,000 home for the accounting scandal with Healthsouth. I believe that Steve Moskowitz lives in a million dollar home located at 13624 71st Rd Flushing NY 11367 and he's been living in that residence even before the restitution was implemented. I don't feel that this case is any different from what Aaron Beam did on the Healthsouth scandal which leads me to conclude that the residence of Steve Moskowitz needs to be brought into the Spongetech restitution order even though the residence is in the wife's name. Since they are married the wife should be equally responsible for the $12,000,000 owed to the shareholders which surprises me that she is still married to the man. I have made numerous calls to 202.502.2384 which is the number on my restitution check. The lady over at that number keeps telling me that there's not enough money to be distributed to the shareholder's. Since we are already 2 years into this restitution and only about $10,000-12,000 has been collected in restitution I think we need to reassess this case and how money is going to be collected. If you sell off the residence and distribute the amounts received on the sell to the shareholder's that should bring the restitution down to at least $11,000,000. We still have about 18 years left to go on this restitution and I just want to collect as much money as possible on this situation. Also, is there any way that we can increase the collections since thus far we haven't really even made a dent in this restitution owed. I'm thinking if we do a collection percentage of between 20%-50% it might bring that restitution down quicker. Ideally, in 18 years we would like to see the balance owed going down to $0 but in reality we might only collected a couple million dollars by the way things are going. Let me know if you can implement some collection changes including the residence. Thanks.

Sincerely,

Brian Bradley

Brian Bradley
21625 E Deep Creek Rd
Walnut CA 91789




The Honorable Dora L. Irizarry
The United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Received In Chambers of:
U.S. District Judge
DORA L. IRIZARRY
SEP 15 2020

11201-183299